APPEAL No. 77-171. SKOR-MOR, INC. *v.* HI-WAY BOWL, INC. The petition to reargue is denied. *Z. Hershel Smith,* for plaintiff. *Moore, Virgadamo & Lynch, Ltd., Jeremiah C. Lynch,* for defendant.

APPEAL No. 78-313. NORMAN J. JACQUES *v.* JOHN J. McLAUGHLIN. The plaintiff's motion to reargue is denied. *Martin Malinou,* for plaintiff. *Abedon & Visconti Ltd., Girard R. Visconti,* for defendant.

June 22, 1979.

C. A. No. 78-412. STATE OF RHODE ISLAND *v.* FREDERICK E. DEWITT. The Public Defender's motion asking that we reconsider our previous denial of his motion to withdraw as counsel for defendant due to a conflict of interest is granted. The Public Defender may withdraw as counsel for defendant and Edward Clifton is hereby appointed to represent the defendant in the further prosecution of this appeal.

The order entered in this case on May 31, 1979 is vacated.

Mr. Justice Doris is of the opinion that the motion for reconsideration should be denied. *Dennis J. Roberts II,* Attorney General, *Nancy Marks Rahmes,* Special Assistant Attorney General, for plaintiff. *Mary E. Levesque,* Office of the Public Defender, for defendant.